JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JEFF MACY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA AIR RESOURCES BOARD,<br><br>　　　　Defendant. | No. 5:25-cv-02818-RGK-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: 2/2/2026

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE